Don Springmeyer, Esq.
Nevada State Bar No. 1021
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone:   (702) 341-5200, Ext. 116
Facsimile:    (702) 341-5300
Email:          DSpringmeyer@wrslawyers.com

Robert B. Gerard, Esq.
Nevada State Bar #005323
Ricardo R. Ehmann, Esq.
Nevada State Bar #010576
**GERARD & ASSOCIATES**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:    (702) 251-0094
Email:          rgerard@gerardlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE FORKUSH, an individual; on behalf of himself, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>COINSTAR, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>         Defendants. | Case No.: 2:12-cv-00006-PMP-GWF<br><br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a),

Plaintiff BRUCE FORKUSH, an individual, on behalf of himself, and on behalf of all others

similarly situated, by and through his attorneys of record, Don Springmeyer, Esq. of the law firm

of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Robert B. Gerard, Esq. of the law firm

of Gerard & Associates, dismisses this action in its entirety without prejudice.

DATED this 26th day of March, 2012.

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S.DISTRICT JUDGE

Dated:  March 26, 2012.

By: */s/ Robert B. Gerard*

Robert B. Gerard, Esq.
Nevada State Bar #005323
Ricardo Ehmann, Esq.
Nevada State Bar #010576
**Gerard & Associates**
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094

Don Springmeyer, Esq.
Nevada State Bar No. 1021
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone:    (702) 341-5200, Ext. 116
 Facsimile:    (702) 341-5300

*Attorneys for Plaintiff*

2.